*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

No. 22-BG-673

IN RE ANDREW DAVID HODES,

**DDN2021-D038**

A Member of the Bar of the
District of Columbia Court of Appeals

**Bar Registration No. 1049046**

BEFORE: Deahl and AliKhan, Associate Judges, and Washington, Senior Judge.

### O R D E R
(FILED— November 10, 2022)

On consideration of the certified order from the state of Florida suspending respondent from the practice of law for 60 days by consent; this court's September 2, 2022, order suspending respondent pending final disposition of this proceeding and directing him to show cause why reciprocal discipline should not be imposed; respondent's D.C. Bar R. XI, § 14(g) affidavit filed on September 8, 2022; and the statement of Disciplinary Counsel; and it appearing that respondent has not filed a response, it is

ORDERED that Andrew David Hodes is hereby suspended from the practice of law in the District of Columbia, nunc pro tunc to September 2, 2022, for a period of 60 days. *See In re Sibley*, 990 A.2d 483, 487-88 (D.C. 2010) (explaining that there is a rebuttable presumption in favor of imposition of identical discipline and exceptions to this presumption should be rare); *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (explaining that a rebuttable presumption of identical reciprocal discipline applies to all cases in which the respondent does not participate).

**PER CURIAM**